IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NATHANIEL RILEY,** :
:
    **Plaintiff** :
: **CIVIL ACTION NO. 3:CV-17-0516**
v. :
: (Judge Caputo)
**CO3 KUZAR, *et al.*,** :
:
    **Defendants** :

# ORDER

**AND NOW**, this **31st** day of **OCTOBER, 2017,** in accordance with the accompanying memorandum, it is **ORDERED** that:

1. Mr. Riley's motion for leave to proceed *in forma pauperis* (ECF No. 6) is **GRANTED**.

2. The Clerk of Court is directed to issue the Administrative Order to the Superintendent of SCI-Coal Township to begin deducting money from the inmate's prison account in the manner described in the Administrative Order and Mr. Riley's Authorization.

3. Mr. Riley's Complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief can be granted.

4. Plaintiff's RLUIPA claim is dismissed with prejudice.

5. Plaintiff's strip search and access to court claims are dismissed without prejudice.

6. Within twenty-one (21) days from the date of this order, Plaintiff may file an amended complaint in this action in accordance with the foregoing Memorandum.

7. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Plaintiff shall use in preparing any amended complaint he may file.

8. Failure to file an amended complaint as directed within the required time will result in this action being dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons set forth in the accompanying Memorandum.

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge